# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE JOHNSON, III, | Case No. 2:24-cv-01289-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| DANITA AUSTIN JOHNSON, et al., | |
| Defendants. | |

Plaintiff Willie Johnson III submitted a complaint on July 14, 2024. ECF No. 1-1. Plaintiff has neither paid the filing fee to initiate this matter nor submitted an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a) and Local Rules ("LSR") 1-1 and 1-2, Plaintiff must complete an application to proceed *in forma pauperis*. The court will retain Plaintiff's complaint (ECF No. 1-1) but will not file it until the matter payment is resolved.

**IT IS THEREFORE ORDERED** that the Clerk of Court send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the accompanying information form and instructions for filing the application.

**IT IS FURTHER ORDERED** that within thirty days from the date of this order, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $405 fee for a civil action (which includes the $350 filing fee and the $55 administrative fee). Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court retain the complaint (ECF No. 1-1) but not file it at this time.

DATED: July 19, 2024.

											_____
											BRENDA WEKSLER
											UNITED STATES MAGISTRATE JUDGE