**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIA JOHNSON III, *et al.*, | ) |
|                          Plaintiff, | ) Case No.: 2:24-cv-01289-GMN-BNW |
| vs. | ) |
| | ) **ORDER ADOPTING REPORT AND** |
| Hospital Corporation of America, *et al.*, | ) **RECOMMENDATION** |
|                        Defendants. | ) |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 4), of United States Magistrate Judge Brenda Weksler, which recommends dismissing Plaintiff's claims against all Defendants without prejudice. Plaintiff failed to pay the filing fee or submit an application to proceed *in forma pauperis*.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

1 | No. 4) (setting a September 10, 2024 deadline for objections).

2 | Accordingly,

3 | **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is

4 | **ACCEPTED and ADOPTED** in full.

5 | **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

6 | Dated this  30  day of September, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court